```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                  CASE NO. 05 B 63209
   JOSEPH P KENEVAN
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-3559

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/26/2005 and was confirmed 01/12/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  18.14% from remaining funds.

      The case was paid in full 01/08/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  UNSECURED OTH    355.98          .00            64.60
CITI CARD                 UNSECURED        NOT FILED       .00              .00
CITY OF CHICAGO PARKING   UNSECURED        6270.00         .00          1137.45
COMMONWEALTH EDISON       UNSECURED        NOT FILED       .00              .00
RAMEZ SALEM MD            UNSECURED        NOT FILED       .00              .00
DR ROBERT M GERSON        UNSECURED        NOT FILED       .00              .00
FCC NATIONAL BANK         UNSECURED        NOT FILED       .00              .00
RICHARD GRUBEK DDS        UNSECURED        NOT FILED       .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED       .00              .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED       .00              .00
ECMC                      UNSECURED        11255.42        .00          2041.96
VILLAGE OF OAK LAWN       UNSECURED        NOT FILED       .00              .00
GC SERVICES COLLECTION    NOTICE ONLY      NOT FILED       .00              .00
LINEGARGER GOGGAN BLAIR   NOTICE ONLY      NOT FILED       .00              .00
ILLINOIS SECRETARY OF ST  NOTICE ONLY      NOT FILED       .00              .00
MARLIN INTERGRATED        NOTICE ONLY      NOT FILED       .00              .00
BANK ONE                  NOTICE ONLY      NOT FILED       .00              .00
FCC NATIONAL BANK         NOTICE ONLY      NOT FILED       .00              .00
INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED       .00              .00
RISK MANAGEMENT ALTERNAT  NOTICE ONLY      NOT FILED       .00              .00
US DEPT OF EDUCATION      NOTICE ONLY      NOT FILED       .00              .00
VAN RU CREDIT             NOTICE ONLY      NOT FILED       .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED OTH    2234.06         .00           405.28
GREGORY K STERN           DEBTOR ATTY      1,400.00                     1,400.00
TOM VAUGHN                TRUSTEE                                         350.71
DEBTOR REFUND             REFUND                                           35.00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       5,435.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 63209 JOSEPH P KENEVAN
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                        3,649.29
ADMINISTRATIVE                                                   1,400.00
TRUSTEE COMPENSATION                                               350.71
DEBTOR REFUND                                                       35.00
                                        ---------------   ---------------
TOTALS                                         5,435.00          5,435.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/05/09                      /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE